07 CV 5641

JUDGE CHIN



NOURSE & BOWLES, LLP
Attorneys for Plaintiff
PRECIOUS SHIPPING (SINGAPORE)
 PTE. LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRECIOUS SHIPPING (SINGAPORE)             :
 PTE. LIMITED,                                                        :
                                                                                :
                                    Plaintiff,                         :     07 Civ.
                                                                                :
                    -against-                                         :     **FRCP 7.1**
                                                                                :
SHANDONG FAR EAST MARINE SHIPPING :
CO., LTD.,                                                                :
                                                                                :
                                    Defendant.                     :
------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the stock of Plaintiff,

Precious Shipping (Singapore) Pte. Limited is 100% owned by Precious Shipping Public

Company Limited, Bangkok.


Dated:  New York, New York
            June 13, 2007

                                                            NOURSE & BOWLES, LLP
                                                            Attorneys for Plaintiff

                                                    By:_____
                                                            Armand M. Paré, Jr. (AP-8575)
                                                            One Exchange Plaza
                                                            At 55 Broadway
                                                            New York, New York 10006
                                                            (212) 952-6200