JUDGE CHIN

07 CV 5641

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
PRECIOUS SHIPPING (SINGAPORE)
PTE. LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRECIOUS SHIPPING (SINGAPORE)  :
PTE. LIMITED,                  :
                               :
            Plaintiff,         :   07 Civ.
                               :
        -against-              :
                               :   **AFFIDAVIT IN SUPPORT**
SHANDONG FAR EAST MARINE SHIPPING  :   **OF APPLICATION FOR**
CO., LTD.,                     :   **MARITIME ATTACHMENT**
                               :
            Defendant.         :
-----------------------------------------------------------X

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

ARMAND M. PARÉ, JR., being duly sworn, deposes and says:

1.  I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff, PRECIOUS SHIPPING (SINGAPORE) PTE. LIMITED ("Plaintiff"), and make this affidavit in support of Plaintiffs' application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.  Based upon my inquiries and to the best of my information and belief, Defendant, Shandong Far East Marine Shipping Co., Ltd. is a foreign corporation and

cannot be "found" within this District for the purpose of attachment under Rule B. In support of this position, I and my staff have conducted the following investigation:

(a) My staff contacted the office of the New York Department of State, Division of Corporations on June 12, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for "Shandong Far East Marine Shipping Co., Ltd." and the search results indicated that the defendant is not a New York corporations, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or international corporation;

(b) My staff consulted with Directory Assistance for New York and New Jersey on June 12, 2007 for area codes (212), (718), (917), (646), (347), (914), and (845) and no listing for Shandong Far East Marine Shipping Co., Ltd. was located;

(c) My staff reviewed the Journal of Commerce (Business Directory) Transportation Tickler, 2007 Edition (Vol. 1 New York Metropolitan Area) and no listings were found for Shandong Far East Marine Shipping Co., Ltd.;

(d) My staff accessed on June 12, 2007, through Microsoft Internet Explorer and Yahoo! Search engines the yellow pages telephone directory database and found no listings in that database for any office or agent of Shandong Far East Marine Shipping Co., Ltd. in the State of New York;

(e) I and my staff are unaware of any general or managing agent(s) within this District for Shandong Far East Marine Shipping Co., Ltd.

3.  Based upon the foregoing, I submit that Defendant Shandong Far East Marine Shipping Co., Ltd. cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against the tangible and intangible property of Shandong Far East Marine Shipping Co., Ltd. either in its own name or in the name of its paying agent, Fonway Enterprises Ltd., as may be found within this District up to and including the amount of the claim specified in the Verified Complaint.

4.  No previous application for an Order of Attachment and Garnishment or similar relief has been sought in the United States in this matter.

_____
Armand M. Paré, Jr. (AP 8575)

Sworn and subscribed
to before me this 13th
day of June, 2007

_____
Notary Public

MARY T. BANNON
Notary Public, State of New York
No. 01BA4785995
Qualified in New York County
Commission Expires February 28, 2010