JUDGE CHIN

07 CV 5641

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
PRECIOUS SHIPPING (SINGAPORE)
PTE. LIMITED.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PRECIOUS SHIPPING (SINGAPORE)           :
PTE. LIMITED.,                          :
                                        :
                    Plaintiff,          :   07 Civ.
                                        :
         -against-                      :
                                        :   **AFFIDAVIT IN SUPPORT OF**
SHANDONG FAR EAST MARINE SHIPPING       :   **ORDER APPOINTING PERSONS**
CO., LTD.,                              :   **TO SERVE PROCESS**
                                        :
                    Defendant.          :
----------------------------------------------------------------X
STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

ARMAND M. PARÉ, JR., being duly sworn, deposes and says:

1.      I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff. It is respectfully requested that the accompanying draft Order appointing Karlene S. Jackson, Roberto C. Alicea and/or any other person appointed by Nourse & Bowles, LLP, who are persons over the age of 18 years and not parties to this action, be signed. The appointment is deemed advisable in order to facilitate service because of the shortage of deputy marshals available to make such service expeditiously.

2.	In addition, and to avoid the need to repetitively serve the garnishees/banking institutions, Plaintiff respectively seeks leave, as embodied in the accompanying proposed orders, for any Process of Maritime Attachment and Garnishment served on a garnishee to be deemed effective and continuous throughout any given day on which process is served through the opening of the garnishee's business the next business day, to authorize service by facsimile or email following an initial service of the process by hand, and to deem such facsimile or email service as being accomplished within the district if it is transmitted from within the district.

No previous application has been made for the relief sought.

_____
Armand M. Paré, Jr. (AP 8575)

Sworn to and subscribed to
before me this 13th day of
June, 2007.

_____
Notary Public

MARY T. BANNON
Notary Public, State of New York
No. 01BA4785995
Qualified in New York County
Commission Expires February 28, 2010