07 CV 5641

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
PRECIOUS SHIPPING (SINGAPORE)
 PTE. LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PRECIOUS SHIPPING (SINGAPORE)
 PTE. LIMITED,

                              Plaintiff,

                    -against-

SHANDONG FAR EAST MARINE SHIPPING
CO., LTD.,

                              Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-07

07 Civ.

**EX PARTE ORDER OF
MARITIME ATTACHMENT**

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

**WHEREAS**, on June 13, 2007, Plaintiff, PRECIOUS SHIPPING

(SINGAPORE) PTE. LIMITED, filed a Verified Complaint herein for damages

amounting to $268,399.92 inclusive of interest, costs and reasonable legal fees,

and praying for the issuance of Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules of Civil Procedure against the property of Defendant

either in its own name or in that of its paying agent, Fonway Enterprises Ltd.; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would

command that the United States Marshal or other designated process server attach

any and all of the Defendants' property within the District of this Court whether in Defendant's own name or in that of its paying agent, Fonway Enterprises Ltd.; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the supporting affidavit, and the conditions of the Supplemental Admiralty Rule B appearing to exist, it is hereby,

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to Defendant, including any electronic funds transfers made in its own name or in the name of its paying agent, Fonway Enterprises Ltd. held by any garnishees within this District, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the

Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served and such subsequent service by facsimile or e-mail, if transmitted from within the District shall be deemed to have been made within the District; and it is further

ORDERED that service on any garnishee described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated:  New York, New York
        June 14, 2007

_____
U.S.D.J.