**07 CV 5641**

**JUDGE CHIN**

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
PRECIOUS SHIPPING (SINGAPORE)
 PTE. LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PRECIOUS SHIPPING (SINGAPORE)
 PTE. LIMITED.,

                  Plaintiff,   :   07 Civ.

         -against-

SHANDONG FAR EAST MARINE SHIPPING    :   **ORDER APPOINTING**
CO., LTD.,    **PERSONS TO**
                     :   **SERVE PROCESS**

                Defendant.
---------------------------------------------------------------X

     Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene S. Jackson, Roberto C. Alicea, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Armand M. Paré, Jr., Esq., that such appointment will result on substantial economies on time and expense,

     NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiff, it is

     ORDERED, that Karlene S. Jackson, Roberto C. Alicea, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and

Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
       June 14, 2007

_____
                U.S.D.J.